STATE OF TEXAS
COUNTY OF TARRANT

### AFFIDAVIT OF BRITTANY O'BRIEN

Before me, the undersigned notary, on this day personally appeared Brittany O'Brien, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Brittany O'Brien. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this response are within my personal knowledge and are true and correct.

2. I have read *Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988), the Local Civil Rules of the United States District Court for the Northern District of Texas, the Texas Lawyer's Creed, the Texas Rules of Professional Conduct, and the Honorable Judge Pittman's specific requirements.

3. I understand and will comply with these documents throughout the remainder of this litigation. I understand that failure to comply will result in further sanctions, including monetary penalties.

5. Further, affiant sayeth not."

*Brittany L. O'Brien*
_____
Brittany O'Brien

Sworn and subscribed before me by Brittany O'Brien on this 26th day of APRIL, 2023.

_____
Notary Public State of Texas

My commission expires: 03/08/2027



Leesa Louise Zimmermann
My Commission Expires
3/8/2027
Notary ID 134242087

1