UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AKESA PAONGO,**

   Plaintiff,

v.                                       No. 4:23-cv-0290-P

**KROGER TEXAS L.P.,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Court's Order Granting the Parties' Joint Motion to Dismiss (ECF No. 16):

It is **ORDERED, ADJUGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **28th day** of **June 2023.**

*[signature]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE